IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF NORTH CAROLINA
ASHEVILLE DIVISION

| | |
|---|---|
| In the Matter of the Criminal Complaint concerning<br><br>Thomas Nakia Bellamy | Docket No. 1:20-mj-53<br><br>***UNDER SEAL*** |

## ORDER SEALING CRIMINAL COMPLAINT, ARREST WARRANT, AND AFFIDAVIT RELATING TO THE COMPLAINT

UPON MOTION of the United States of America for an order directing that the Criminal Complaint, the Complaint, Arrest Warrant, Accompanying Affidavit, the Motion to Seal, and this Order be sealed, to protect the secrecy of the on-going nature of the investigation in this matter until further order of this Court,

**IT IS HEREBY ORDERED** that the Criminal Complaint, the Complaint, Arrest Warrant, Accompanying Affidavit, the Motion to Seal, and this Order be sealed be sealed until further order of this Court.

The Clerk is directed to certify copies of this Order to the United States Attorney's Office (via email to david.thorneloe@usdoj.gov).

SO ORDERED this 1st day of September 2020.

Signed: September 1, 2020

W. Carleton Metcalf
United States Magistrate Judge