# UNITED STATES DISTRICT COURT

for the

Western District of North Carolina

FILED
Asheville

Sep 01 2020
U.S. District Court
Western District of N.C.

| United States of America | ) | |
|---|---|---|
| v. | ) | |
| | ) | Case No.    1:20mj53 |
| | ) | |
| | ) | |
| | ) | |
| Thomas Nakia Bellamy | ) | |
| *Defendant(s)* | | |

## RULE 4.1 - CRIMINAL COMPLAINT

I, the complainant in this case, state that the following is true to the best of my knowledge and belief.

On or about the date(s) of _____August 27, 2020_____ in the county of _____Buncombe_____ in the
_____Western_____ District of _____North Carolina_____ , the defendant(s) violated:

| Code Section | Offense Description |
|---|---|
| 18 U.S.C. §113(a)(8) | Assault by strangulation within the Special Maritime and Territorial Jurisdiction |

This criminal complaint is based on these facts:

See attached affidavit.

☒  Continued on the attached sheet.

/S/ Heidi Schacht
*Complainant's signature*

Heidi Schacht, Law Enforcement Park Ranger,
National Park Service
*Printed name and title*

Sworn in accordance with Rule 4.1.

Signed: September 1, 2020

W. Carleton Metcalf
United States Magistrate Judge

Date:  09/01/2020

City and state:     Asheville, North Carolina

W. Carleton Metcalf, United States Magistrate Judge
*Printed name and title*

## AFFIDAVIT IN SUPPORT OF A
## CRIMINAL COMPLAINT

I, Heidi Schacht, being first duly sworn, hereby state as follows:

## INTRODUCTION AND AGENT BACKGROUND

1.  I have been serving as a National Park Service Law Enforcement Ranger since May 15, 2011. I have attended law enforcement training courses during my career including graduating from the Federal Law Enforcement Training Center (FLETC), basic training in 2013. I have had law enforcement training and personal experience in investigating many crimes, involving violations of state and federal criminal laws to include crimes such as murder, assault, and sexual assault.

2.  The Blue Ridge Parkway is a special maritime and territorial jurisdiction of the United States, pursuant to Title 18, United States Code, Section 7(3), and it is located within the Western District of North Carolina.

3.  This affidavit is being submitted in support of a criminal complaint and arrest warrant for Thomas Nakia BELLAMY, date of birth December 12, 1997, hereinafter referred to as BELLAMY, for the violation of Title 18 United States Code Section 113(a)(8), i.e., assault of a spouse, intimate partner, or dating partner by strangling, suffocating, or attempting to strangle or suffocate, in the special maritime and territorial jurisdiction of the United States.

4.  I am aware of information contained in this affidavit through direct participation in this investigation and information provided by other law enforcement officers and witnesses. Since this affidavit is being submitted for the limited purpose of securing a criminal complaint and arrest warrant, I have not included every fact known to me concerning this investigation.

5.  On August 31, 2020, Isis Jaquana Lucas, date of birth May 2, 2001, hereinafter referred to as Lucas, reported to me that BELLAMY, her boyfriend, father of her child, and intimate partner, assaulted her by strangulation and other means while they were on the Parkway.

6.  Lucas and BELLAMY have been in an intimate relationship for approximately the last three years. They share one four-month-old child together and are expecting a second child together.

7.  According to Lucas, on August 27, 2020, around 11:50 AM, BELLAMY drove Lucas in a 2002 Toyota Rav4 to the Parkway and stopped at Mile Post 379.5. BELLAMY parked in a large, dirt area located on the west side of the road.

8.  Lucas told BELLAMY that she wanted to leave but BELLAMY did not allow her any freedom of movement. BELLAMY grabbed Lucas's face and pushed her head back, forcing her down onto the vehicular floorboard. Lucas began kicking BELLAMY and he began strangling LUCAS. BELLAMY then threatened to kill Lucas.

9. Lucas eventually exited the vehicle and walked south on the Parkway. BELLAMY chased after Lucas, grabbed her by her hair, and dragged her around on the Parkway. Bellamy again strangled Lucas multiple times. As a result of this, LUCAS experienced difficulty breathing and hyperventilated. At least one of Lucas' ribs was cracked during BELLAMY's assault upon Lucas.

10. While in the middle of the roadway, BELLAMY forced Lucas up against his stomach and placed his arm under LUCAS' neck thereby strangling Lucas again. BELLAMY continued strangling Lucas. Lucas eventually played dead and BELLAMY dragged Lucas' body along the roadway and back to the car.

11. While interviewing Lucas, I observed fingerprint bruising around Lucas' neck. I photographed this and other injuries that covered Lucas' body.

12. Based on the above information, as well as my previous investigative experience, I conclude that probable cause exists to believe that on August 27, 2020, BELLAMY, date of birth December 12, 1997, violated Title 18 United States Code Section 113(a)(8), assault of a spouse, intimate partner, or dating partner by strangling, suffocating, or attempting to strangle or suffocate, in the special maritime and territorial jurisdiction of the United States.

*This Affidavit has been reviewed by AUSA David A. Thorneloe.*

/S/ Heidi Schacht
Heidi Schacht
Park Ranger, Blue Ridge Parkway
National Park Service

In accordance with Rule 4.1(b)(2)(A), the Affiant attested under oath to the contents of this Affidavit, which was submitted to me by reliable electronic means, on this 1st day of September, 2020, at 7:34 PM

Signed: September 1, 2020

W. Carleton Metcalf
United States Magistrate Judge